UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GAUNG YANG and ZHOI CHAUO, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> STATE OF OKLAHOMA, ex rel. ) <br> OKLAHOMA STATE BUREAU OF ) <br> NARCOTICS AND DANGEROUS ) <br> DRUGS CONTROL, et al., ) <br> ) <br> **Defendants.** ) | Case No. CIV-24-1067-R |

## ORDER

Before the Court is Defendants' Motion to Dismiss [Doc. No. 5]. During the pendency of the Motion, Plaintiffs' sought leave to Amend [Doc. No. 8], which the Court granted [Doc. No. 9], and an Amended Complaint was then filed [Doc. No. 10]. This Amended Complaint "supersedes the original and renders it of no legal effect." Davis v. TXO Prod. Corp., 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendants' Motion to Dismiss, Doc. No. 5, is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 23rd day of December, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE